**Peter Eidenberg, OSB #075778**
peidenberg@keatingjones.com
**Kelly F. Huedepohl, OSB #133896**
khuedepohl@keatingjones.com
Keating Jones Hughes PC
One SW Columbia, Suite 800
Portland, OR 97258-2095
Phone: (503) 222-9955
Fax: (503) 796-0699
Of Attorneys for Patenaude & Felix, A.P.C.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| BRIAN CARLOS, on behalf of himself and all other similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PATENAUDE & FELIX, A.P.C.,<br><br>　　　　　　　Defendants. | Case No. 3:14-cv-00921-MO<br><br>**DEFENDANT'S OFFER TO ALLOW JUDGMENT** |

Pursuant to Fed. R. Civ. P. 68, Defendant Patenaude & Felix, A.P.C. hereby offers to allow judgment to be given against it and in favor of plaintiff as to Count IV of plaintiff's Complaint only. Defendant offers judgment as follows: $1,000 in statutory damages pursuant to 15 U.S.C. 1692k and for reasonable attorney fees and costs as determined by the Court pursuant to Fed. R. Civ. P. 54 and 15 U.S.C. 1692k. Additionally, defendant offers judgment of $1,349.83 for all actual damages arising from Count IV of plaintiff's Complaint only.

This offer of judgment applies to Count IV only. In accepting this offer of judgment, plaintiff expressly reserves the right to pursue an appeal of the Court's order on defendant's motions for summary judgment as to Counts I, II and III of plaintiff's Complaint, and the Court's denial of plaintiff's motion to certify a class. Upon acceptance of this offer, plaintiff requests the

**DEFENDANT'S OFFER TO ALLOW JUDGMENT** - Page 1

Doc No. 767812

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

Court enter final judgment reflecting the Court's order on defendant's motions for summary judgment and its denial of plaintiff's motion to certify a class.

DATED this 29th day of October, 2015.

                KEATING JONES HUGHES, P.C.

                s/ Peter Eidenberg
                Peter Eidenberg, OSB #075778
                peidenberg@keatingjones.com
                Kelly F. Huedepohl, OSB #133896
                khuedepohl@keatingjones.com
                503-222-9955
                Of Attorneys for Patenaude & Felix, A.P.C.

Defendant's Offer to Allow Judgment is hereby ACCEPTED:

_____
Brian K. Carlos
Plaintiff

DATE APPROVED: 11/3/2015

                s/ Bret Knewtson
                Bret Knewtson, OSB No. 033553
                Bret Knewtson, Esq.
                3000 NW Stucki Place, Suite 230-M
                Hillsboro, OR 97124
                Phone: (503) 846-1160
                Fax: (503) 922-3181
                Of Attorneys for Plaintiff

Service by ECF:
Kelly Frances Huedepohl   khuedepohl@keatingjones.com, rensley@keatingjones.com
Mark G. Passannante   markpassannante@msn.com
Peter D. Eidenberg   peidenberg@keatingjones.com, dmiller@keatingjones.com

**DEFENDANT'S OFFER TO ALLOW JUDGMENT** - Page 2

Doc No. 767812

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955