UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRIAN CARLOS, on behalf of himself and all other similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>PATENAUDE & FELIX, A.P.C.,<br><br>          Defendant. | Case No. 3:14-cv-00921-MO<br><br>**JUDGMENT** |

THIS MATTER having come before the Court on plaintiff's acceptance of Defendant's Offer to Allow Judgment and pursuant to the terms of thereof, IS HEREBY BY ORDERED AND ADJUDGED as follows:

    1.    JUDGMENT is entered against Defendant Patenaude & Felix, A.P.C. and in favor of Plaintiff Brian Carlos on Count IV of plaintiff's Complaint in the amount of $1,000.00 statutory damages and $1,349.83 actual damages.  Post-Judgment interest will accrue at 0.49% per annum if the stated amount is not paid within 30 days from the date this judgment is entered.

    2.    JUDGMENT of dismissal is entered on Counts I, II and III of Plaintiff's Complaint, including Plaintiff's class claim, pursuant to the Court's Order granting Defendant's Motion for Partial Summary Judgment.

JUDGMENT - Page 1

3.  Plaintiff is awarded reasonable attorney fees and court costs pursuant to 15 U.S.C. 1692k and to be determined by the Court pursuant to FRCP 54(d).

Date: 30 Nov.' 2015

/s/ Michael W. Mosman
Hon. Michael W. Mosman
United Stated District Court Judge