**Peter Eidenberg, OSB #075778**
peidenberg@keatingjones.com
**Kelly F. Huedepohl, OSB #133896**
khuedepohl@keatingjones.com
Keating Jones Hughes PC
One SW Columbia, Suite 800
Portland, OR 97258-2095
Phone: (503) 222-9955
Fax: (503) 796-0699
Of Attorneys for Patenaude & Felix, A.P.C.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| BRIAN CARLOS, on behalf of himself and all other similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>PATENAUDE & FELIX, A.P.C.,<br><br>               Defendant. | Case No. 3:14-cv-00921-MO<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME IN WHICH TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES** |

    Defense counsel conferred with plaintiff's counsel on December 23, 2015, and plaintiff does not oppose this motion.

## Motion

    Defendant Patenaude & Felix moves the Court for an order pursuant to Fed. R. Civ. P. 6(b)(1) enlarging the time within which it may respond to plaintiff's motion for attorney fees. Defendant seeks an additional eight days in which to respond. The current deadline to respond is December 28, 2015. If granted, defendant's response will be due January 5, 2016.

\\

**DEFENDANTS' MOTION FOR EXTENSION OF TIEM TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES -** Page 1

Doc No. 791011

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

This motion is brought in good faith with the extension being requested in light of the intervening holidays. This motion is not made for any improper purpose. Defendant is not aware of any prejudice to any party that will result if its motion is granted.

WHEREFORE, defendant requests the Court extend the deadline for its response to plaintiff's motion for attorney fees by eight days, and set a new deadline of January 5, 2016.

DATED this 23rd day of December, 2015.

KEATING JONES HUGHES, P.C.


s/ Kelly F. Huedepohl
Kelly F. Huedepohl, OSB No. 133896
503-222-9955
Attorneys for Defendant Patenaude & Felix, A.P.C.

**DEFENDANTS' MOTION FOR EXTENSION OF TIEM TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES - Page 2**

Doc No. 791011

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME IN WHICH TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES** on the following:

Bret A. Knewtson
Law Office of Bret Knewtson
3000 NW Stucki Place, Suite 230-M
Hillsboro, OR 97124
Phone: (503) 846-1160
Fax: (503) 922-3181
Of Attorneys for Plaintiff

Mark G. Passannante
Broer & Passannante PS
1001 SW Fifth Avenue, Suite 1220
Portland, OR 97204
Phone: (503) 294-0910
Fax: (503) 243-2717
Of Attorneys for Plaintiff

by electronically mailed notice from the court to above said attorneys on said day.

DATED this 23rd day of December, 2015.

KEATING JONES HUGHES, P.C.


s/ Kelly F. Huedepohl
Kelly F. Huedepohl, OSB No. 133896
khuedepohl@keatingjones.com, FAX 503-796-0699
Of Attorneys for Defendant Patenaude & Felix, A.P.C.

Trial Attorney: Peter Eidenberg, OSB No. 075778

**CERTIFICATE OF SERVICE -** Page 3

Doc No. 791011

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955