Bret Knewtson, OSB 03355
Bret Knewtson, Esq
3000 NW Stucki PL STE 230-M
Hillsboro OR 97124
Telephone: (503) 846-1160
Facsimile: (503) 922-3181
bknewtson@yahoo.com

Mark G Passannante OSB 944035
Broer & Passannante PS
1001 SW Fifth Avenue, #1220
Portland, Oregon 97204
Phone: (503)294-0910
Fax: (503) 243-2717
Markpassannante@msn.com

      Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| BRIAN CARLOS, on behalf of himself and all other similarly situated,<br>      Plaintiff,<br>  vs.<br>PATENAUDE & FELIX, A.P.C.,<br>      Defendant | Case No.: **3:14-cv-00921-MO**<br><br>NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |

Brian Carlos, on behalf of himself and all others similarly situated, the plaintiff appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court for the district of Oregon, entered in this case on November 30th, 2015, dismissing plaintiff's counts 1, 2, 3, and motion to certify class, document #61.

Dated this December 24, 2015

s/ Bret Knewtson
Bret Knewtson, OSB 033553,
Attorney for Plaintiff

Service by ECF:
Mark G. Passannante    markpassannante@msn.com
Peter D. Eidenberg    peidenberg@keatingjones.com, amaloney@keatingjones.com
Kelly Frances Huedepohl    khuedepohl@keatingjones.com, jsmith@keatingjones.com